Good morning. We have a report from the Public Health Department. It is in the hands of the county and Dr. Chakrabarty. The district court here will take on a disclosure agreement between the IRG and the state level about the implied waiver of IRG's right to sovereign immunity under the Sovereign Immunity Act. This bill is the Commissioner of Law's implied waiver. There must be the words in this report that the IRS has strong evidence that the member of the institution is full of IRG mental health. We need a clear, unambiguous, and clear distinction between the two ways. The NDA fails to meet this previous requirement of sovereign immunity. And it's certainly fair for you to realize that this report must have been worked out on the sheet, party by party, and we must be made to think of the individual, not just party by party, but think of the individual as IRG. There's two very individuals here. The NDA fails to provide a strong evidence that the member of the institution is full of IRG mental health. We go to the NDA and we say, Mr. Chakrabarty, I'm the district court. His claim is something between two parties.
judges: Silverman, Nguyen, Anello